UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-8065-JFW (RAOx)**                                    Date: December 9, 2015

Title:      The Roman Catholic Bishop of Monterrey -v- Salomon Cota, et al.

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                             None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TAKING UNDER SUBMISSION SAVE THE VALLEY, LLC'S MOTION FOR ORDER ALLOWING LEAVE TO FILE COMPLAINT IN INTERVENTION [filed 11/13/2015; Docket No. 27]**

                                                  **ORDER TAKING UNDER SUBMISSION SAVE THE VALLEY, LLC'S MOTION FOR REMAND OF ACTION [filed 11/13/2015; Docket No. 30]**

    Save the Valley, LLC's Motion for Order Allowing Leave to File Complaint in Intervention and Motion for Remand of Action are currently on calendar for at December 14, 2015 at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for December 14, 2015 is hereby vacated and the matters are taken off calendar. The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.